# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| **SCOTT ANDREWSIKAS** : | CASE NO. 3:19-cv-574 |
|             **Plaintiff,** : | |
| v. : | |
| : | |
| **SUPREME INDUSTRIES, INC.** : | |
|             **Defendant.** : | APRIL 17, 2019 |

## NOTICE OF REMOVAL

Defendant, Supreme Industries, Inc. ("Defendant"), removes this action to this Court pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, and on the following grounds:

1. On March 21, 2019, Plaintiff, Scott Andrewsikas ("Plaintiff"), commenced this action by serving Defendant with a Summons and Complaint, dated March 15, 2019, returnable April 9, 2019 to the Connecticut Superior Court, Judicial District of Litchfield at Torrington, entitled *Scott Andrewsikas v. Supreme Industries, Inc.*, Docket No. LLI-CV19-6021516-S (the "Superior Court Action").

2. Attached hereto as **Exhibit A** are true copies of the Summons and Complaint, which constitute all process, pleadings and orders served on Defendant in the Superior Court Action.

3. The Summons and Complaint was served on Defendant on March 21, 2019.

4. The Superior Court Action is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331, as the Complaint purports to allege a violation of Connecticut General Statutes § 31-51q in that Defendant allegedly terminated Plaintiff "on account of" the Plaintiff's "exercise of his free speech rights on

matters of public concern and the health and safety of the public." (**Exhibit A**, ¶ 21), which turns on a construction of federal First Amendment law and therefore raises a substantial federal question.  *See Bracey v. Bd. of Educ. of City of Bridgeport*, 368 F.3d 108, 116 (2d Cir. 2004).

     5.    The Superior Court Action is removable to this Court pursuant to 28 U.S.C. § 1441(a).

     6.    The Superior Court Action is not a nonremovable action as described in 28 U.S.C. § 1445.

     7.    Promptly after the filing of this Notice of Removal, Defendant will file a copy of its Notice of Removal with the Superior Court and give written notice thereof to Plaintiff.

**SUPREME INDUSTRIES, INC.**

By: /s/ Michael J. Spagnola
Michael J. Spagnola ct26717
Siegel, O'Connor,
    O'Donnell & Beck, P.C.
150 Trumbull Street
Hartford, CT 06103
Tel.: (860) 727-8900
Fax: (860) 527-5131
mspagnola@siegeloconnor.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on April 17, 2019, a copy of the foregoing Notice of Removal was filed electronically and served by certified mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                     /s/ Michael J. Spagnola  
                                                     Michael J. Spagnola ct26717