# SUMMONS - CIVIL

JD-CV-1 Rev. 10-15
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. §§ 3-1 through 3-21, 8-1, 10-13



## STATE OF CONNECTICUT
## SUPERIOR COURT
www.jud.ct.gov

See other side for instructions

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☒ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☐ "X" if claiming other relief in addition to or in lieu of money or damages.

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 50 Field St., Torrington, CT 06790 | (860) 626-2100 | April 9, 2019 |

| | | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) | Case type code (See list on page 2) |
|---|---|---|---|
| ☒ Judicial District ☐ Housing Session | ☐ G.A. Number: | Torrington | Major: M   Minor: 90 |

**For the Plaintiff(s) please enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code) | Juris number (to be entered by attorney only) |
|---|---|
| Emanuele R. Cicchiello, Esq., Cicchiello & Cicchiello, LLP, 364 Franklin Ave., Hartford, CT 06114 | 419987 |

| Telephone number (with area code) | Signature of Plaintiff (If self-represented) |
|---|---|
| (860) 296-3457 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book. | ☒ Yes ☐ No | Email address for delivery of papers under Section 10-13 (if agreed to) Manny@cicchielloesq.com |
|---|---|---|

Number of Plaintiffs: 1    Number of Defendants: 1    ☐ Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: Andrewsikas, Scott<br>Address: 72 South River Street, Enfield, CT 06082 | P-01 |
| Additional Plaintiff | Name:<br>Address: | P-02 |
| First Defendant | Name: Supreme Industries, Inc. - 216 Bogue Road, Harwinton, CT 06791<br>Address: Agent for service: Kevin J. Boucher, 116 Somersby Way, Farmington, CT 06032 | D-01 |
| Additional Defendant | Name:<br>Address: | D-02 |
| Additional Defendant | Name:<br>Address: | D-03 |
| Additional Defendant | Name:<br>Address: | D-04 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at www.jud.ct.gov under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at www.jud.ct.gov under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

| Signed (Sign and "X" proper box) | ☒ Commissioner of the Superior Court ☐ Assistant Clerk | Name of Person Signing at Left Emanuele R. Cicchiello, Esq. | Date signed 03/15/2019 |
|---|---|---|---|

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

For Court Use Only
File Date
A TRUE COPY ATTEST:
KURT P. CAVANAUGH
Connecticut State Marshal - Hartford County

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) | Date | Docket Number |
|---|---|---|---|

(Page 1 of 2)

Print Form    Reset Form

| | |
|---|---|
| RETURN DATE: APRIL 9, 2019 | SUPERIOR COURT |
| SCOTT ANDREWSIKAS | J.D. OF LITCHFIELD |
| V. | AT TORRINGTON |
| SUPREME INDUSTRIES, INC. | MARCH 15, 2019 |

## COMPLAINT

**COUNT ONE:**  Wrongful Termination in Violation of Conn. Gen. Stat. § 31-51q

1. The Plaintiff, Scott Andrewsikas, is a resident of the Town of Enfield, in the State of Connecticut.

2. The Defendant, Supreme Industries, Inc., is a Connecticut corporation with a place of business located at 216 Bogue Road, Harwinton, Connecticut.

3. The Plaintiff began working for the Defendant on or about March 7, 2017, as a laborer.

4. Plaintiff's foreman was Scott Dugee (hereinafter: "Dugee").

5. Dugee frequently drank alcohol to the point of acute intoxication while at work.

6. Plaintiff observed Dugee drive work vehicles near power lines while intoxicated on numerous occasions, over the course of a year and a half.

7. On or about November 13, 2018, Plaintiff and his co-worker Nathan Althus (hereinafter: "Althus") became so alarmed by Dugee's frequent intoxication while performing hazardous activities at work that they complained about Dugee's drinking on the job to Superintendant Peter Andregetti (hereinafter: "Andregetti").

8. Plaintiff also complained that said actions were dangerous and created a risk of harm to others. For example:

     a. Dugee frequently drove work trucks in close proximity to live power lines while intoxicated;

     b. Dugee frequently operated bulldozers, excavators, payloaders, and other heavy machinery while intoxicated.

     c. Dugee on one instance was driving a work truck while intoxicated in reverse and caused it to collide violently with a large rock, injuring his passenger.

9. Andregetti dismissed their concerns, and took no corrective action.

10. Shortly thereafter, Safety Manager Justine Guerro (hereinafter: "Guerro") asked Plaintiff if Dugee was drunk on the job.

11. Plaintiff stated "probably."

12. Guerro then asked Plaintiff what he meant by that.

13. Plaintiff named a number of safety violations Dugee had committed recently.

14. Plaintiff later texted a list of said safety violations to Guerro, and again complained that he raised these issues because they posed a serious risk of harm to the public.

15. The following day, November 20, 2018, several of Defendant's managers interviewed Plaintiff and Althus about Dugee's safety violations.

16. Later that afternoon, Plaintiff received a phone call from Andregetti.

17. During that phone call, Andregetti terminated Plaintiff's employment.

18. Upon information and belief, Althus's employment was terminated that same afternoon.

19. Plaintiff was wrongfully terminated on November 20, 2018, for whistle-blowing and complaining about safety issues that are a matter of public concern.

20. The Plaintiff spoke out as a citizen on a matter of public concern when raising issues of safety.

21. The Defendant's termination of Plaintiff's employment is in violation of Conn. Gen. Stat. § 31-51q in that the Defendant terminated the Plaintiff on account of his exercise of his free speech rights on matters of public concern and the health and safety of the public.

22. As a result of the Defendant unlawful termination of the Plaintiff's employment, the Plaintiff has suffered lost wages, lost employment benefits, and other consequential damages.

23. As a further result of the Defendant unlawful termination of the Plaintiff's employment, the Plaintiff has suffered emotional distress.

24. As a further result of the Defendant unlawful termination of the Plaintiff's employment, the Plaintiff has been forced to expend attorney's fees and costs to secure his rights as guaranteed by Conn. Gen. Stat. § 31-51q.

THE PLAINTIFF,
SCOTT ANDREWSIKAS

By: _____
Emanuele R. Cicchiello, Esq.
CICCHIELLO & CICCHIELLO, LLP
364 Franklin Avenue
Hartford, CT 06114
Phone: (860) 296-3457
Fax: (860) 296-0676
Juris: 419987
Email: Manny@cicchielloesq.com

A TRUE COPY ATTEST:
KURT P. CAVANAUGH
Connecticut State Marshal - Hartford County

3

| | |
|---|---|
| RETURN DATE: APRIL 9, 2019 | SUPERIOR COURT |
| SCOTT ANDREWSIKAS | J.D. OF LITCHFIELD |
| V. | AT TORRINGTON |
| SUPREME INDUSTRIES, INC. | MARCH 15, 2019 |

### PRAYER FOR RELIEF

*WHEREFORE,* the Plaintiff request that the Court assume jurisdiction over this matter and provide him with the following relief:

1. Monetary damages;
2. reinstatement or front pay;
3. exemplary damages;
4. attorney's fees and costs; and
5. such other relief as the court deems just and appropriate.

THE PLAINTIFF,
SCOTT ANDREWSIKAS

By: _____
Emanuele R. Cicchiello, Esq.
CICCHIELLO & CICCHIELLO, LLP
364 Franklin Avenue
Hartford, CT 06114
Phone: (860) 296-3457
Fax: (860) 296-0676
Juris: 419987
Email: Manny@cicchielloesq.com

A TRUE COPY ATTEST:
KURT P. CAVANAUGH
Connecticut State Marshal - Hartford County

4

| | | |
|---|---|---|
| RETURN DATE: APRIL 9, 2019 | : | SUPERIOR COURT |
| | : | |
| SCOTT ANDREWSIKAS | : | J.D. OF LITCHFIELD |
| | : | |
| V. | : | AT TORRINGTON |
| | : | |
| SUPREME INDUSTRIES, INC. | : | MARCH 15, 2019 |

## STATEMENT OF AMOUNT IN DEMAND

The Plaintiff claims the amount of demand in excess of $15,000.00 exclusive of interest and costs.

THE PLAINTIFF,
SCOTT ANDREWSIKAS

By: _____
Emanuele R. Cicchiello, Esq.
CICCHIELLO & CICCHIELLO, LLP
364 Franklin Avenue
Hartford, CT 06114
Phone: (860) 296-3457
Fax: (860) 296-0676
Juris: 419987
Email: Manny@cicchielloesq.com

A TRUE COPY ATTEST:
KURT P. CAVANAUGH
Connecticut State Marshal - Hartford County

5